# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Alice M. Logino ) | |
| ) | Chapter:  7 |
| ) | |
| ) | Case No:  13-43618 |
| Debtors. ) | |
| ) | Judge:  Hon. Timothy A. Barnes |
| ) | |

## NOTICE OF TRUSTEE'S MOTION TO EMPLOY SPECIAL COUNSEL

TO:    See Attached Service List

PLEASE TAKE NOTICE THAT ON **July 22, 2014 at 10:00 a.m.** or as soon thereafter as Counsel may be heard, I shall present before the **Honorable Judge Timothy A. Barnes**, or any Judge sitting in his stead, at the courthouse located at **Courtroom 613, 219 South Dearborn Street, Chicago, Illinois** and present the attached *Trustee's Motion to Employ Special Counsel* at which time you may appear as you deem necessary.

### AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD

Thomas E. Springer
Springer Brown, LLC
400 South County Farm Road
Wheaton, IL 60187
(630) 510-0000

### CERTIFICATE OF SERVICE

I, Thomas E. Springer, an attorney, on oath state that I caused to be served this Notice, Motion and proposed Order by mailing and/or electronically serving where available a copy to all parties shown and depositing same in the U.S. Mail at 400 S. County Farm Road, Illinois before 5:45 p.m. on July 15, 2014 with proper postage prepaid.

/s/ Thomas E. Springer /s/

## SERVICE LIST

**VIA ELECTRONIC SERVICE**

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Alex D. Moglia
Moglia Advisors
1325 Remington Rd., Ste H
Schaumburg, IL 60173

Ernesto D Borges
Law Office of Ernesto Borgs
105 W. Madison Street
23rd Floor
Chicago, IL 60602

**VIA REGULAR MAIL**

Alice M Longino
10157 S. Wallace Street
Chicago, IL 60628

Andrew J. Hill, III
Blasingame, Burch, Garrand & Ashley, PC
P.O. Box 832
Athens, GA 30603

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | CHAPTER: | 7 |
| ALICE M. LONGINO, | ) | | |
| | ) | CASE NO. | 13-43618 |
| | ) | | |
| Debtor. | ) | JUDGE: | Timothy A. Barnes |

**TRUSTEE'S MOTION TO EMPLOY SPECIAL COUNSEL**

NOW COMES the Trustee, ALEX D. MOGLIA, (herein "Trustee"), by and through his attorney, Thomas E. Springer and the law firm of Springer Brown, LLC, and moves this Court pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure ("FRBP") 2014 for the entry of an Order authorizing the employment of Andrew J. Hill, III and the law firm of Blasingame, Burch, Garrard & Ashley, PC, as Special Counsel to the Trustee. In support of this Motion, Trustee respectfully states to this Court as follows:

1. Alex D. Moglia is the duly appointed and acting Trustee (herein "Trustee") in the above-captioned matter which was filed under Chapter 7 of Title 11 of the United States Code (herein "the Bankruptcy Code" or "the Code") on November 7, 2013.

2. The meeting of creditors pursuant to §341 of the Code was set for December 20, 2013.

3. Debtor failed to appear at that hearing and Trustee continued the meeting to January 15, 2014, at which time the Trustee convened and held the §341 meeting. Present were the Debtor and Debtor's counsel. The Trustee adjourned the meeting on that date pending asset investigation.

4. On March 21, 2014 debtor's attorney contacted the Trustee, with a follow up email in regard to claims that arose from injuries debtor suffered as a result of medical malpractice in 2010.

4. The Trustee has been in contact with the attorneys representing the Debtors in the above referenced cause of action, Attorney Andrew J. Hill, III and the law firm of Blasingame, Burch, Garrard & Ashley, PC.

5. The Trustee has determined that said cause of action is an asset of the Bankruptcy Estate through operation of 11 U.S.C. §541, such that pursuit and litigation of the claim by Andrew J. Hill, III and the law firm of Blasingame, Burch, Garrard & Ashley, PC, as special counsel to the Trustee, would benefit the creditors of the Estate through administration of same by the Trustee.

6. The services which said attorney will render and perform in the representation of the Trustee as the Trustee carries out his duties as required under the Bankruptcy Code will include handling all phases of litigation necessary to fully prosecute the third party claim to satisfactory settlement or judgment as deemed appropriate upon advising the Trustee. Any settlement resolution is subject to final approval by this Court on hearing of motion by the Trustee.

7. Attorney Hill and the law office of Blasingame, Burch, Garrard & Ashley, PC, do not have any connection with the Debtors (prior to the above referenced pre-petition retention) or the Bankruptcy Court, its creditors, or any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee concerning the matters upon which they are to be employed. Because of his existing, extensive knowledge of the facts and issues, the Trustee believes it would be of benefit to the Estate to retain proposed special counsel for the above served purposes.

8. Attorney Hill and the law office of Blasingame, Burch, Garrard & Ashley, PC have agreed to represent the Trustee in this matter on a contingency basis, whereby proposed Special Counsel would be reimbursed all costs (out of any settlement or judgment) and receive standard compensation for legal fees in the amount of forty percent (40%) of the gross monies collected through settlement or judgment as compensation for services rendered, such compensation subject to final approval by this Court on motion by the Trustee in accordance with §330 of the Bankruptcy Code upon final execution of the judgment or concurrently with any application by the Trustee to this Court for approval of any proposed compromise and settlement.

**WHEREFORE**, the Trustee prays for the entry of an Order pursuant to §327(a) of the Bankruptcy Code authorizing the employment of Andrew J. Hill, III and the law office of Blasingame, Burch, Garrard & Ashley, PC. as attorney and special counsel for the Trustee for the reasons set forth herein and in accordance with the terms and conditions set forth in this Motion; and for any such other relief as is deemed just and equitable by this Court.

        Respectfully submitted,
        Alex D. Moglia, Trustee

        BY: SPRINGER BROWN, LLC

        BY:   /s/ Thomas E. Springer
                Thomas E. Springer
                Attorney for Trustee

Thomas E. Springer
SPRINGER BROWN, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 400
Wheaton, IL 60187
(630) 510-0000
tspringer@springerbrown.com